IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

United States of America,

CR No. 3:25-1140-JFA

vs.

ANTHONY REESE,

Defendant.

**RECEIPT - GOVERNMENT'S EXHIBITS**

I hereby acknowledge receipt of the following exhibits:

1 - 12

September 22, 2026

Attorney for Government

---

**RECEIPT - DEFENDANT'S EXHIBITS**

I hereby acknowledge receipt of the following exhibits:

1

September 22, 2026

Attorney for Defendant